**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**GEORGE STIGLER MARKS, III, #09151-43**                                                **PETITIONER**

vs.                                                                    **CIVIL ACTION NO.: 3:15-CV-637-HTW-LRA**

**B. F. BLACKMON**                                                                                         **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 11]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 11]** is hereby **ADOPTED** as the order of this court.

Further, this hereby DISMISSES this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this 25th day of February, 2017.**

                                        **s/ HENRY T. WINGATE**
                                        **UNITED STATES DISTRICT COURT JUDGE**